1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                       FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  | XAVIER MAGALLANES,                | No.  2:13-cv-1631 DAD P
10 |         Petitioner,                |
11 |     v.                             | ORDER
12 | RON BARNES,                        |
13 |         Respondent.                |

14

15      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

16 corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis and

17 motion for the appointment of counsel.

18      The application attacks a judgment of conviction issued by the Los Angeles County

19 Superior Court.  While both this court and the United States District Court in the district where

20 petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

21 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's

22 application are more readily available in Los Angeles County.  Id. at 499 n.15; 28 U.S.C. §

23 2241(d).

24      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

25      1. This court has not ruled on petitioner's application to proceed in forma pauperis and

26 motion for the appointment of counsel; and

27 /////

28 /////

1     2. This matter is transferred to the United States District Court for the Central District of
2 California.

3 Dated: August 9, 2013

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

/mp/4; maga1631.108

2