# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| XAVIER MAGALLANES, | ) | No. CV 13-5974-PLA |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RON BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the memorandum decision and order, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 20, 2015

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE